**FILED**
September 23, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: J. Barker
DEPUTY

# SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>LUZ ADRIANA TELLEZ<br><br>Defendant | **7:26-cr-144** |

## MOTION TO SEAL

COMES NOW the United States of America by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney for said district and files this its Motion to Seal the Indictment, Arrest Warrant(s), all accompanying documents, this Motion and Order in the above-styled and numbered cause and for grounds therefore states:

1. Access to the documents herein prior to their service would jeopardize and compromise the investigation herein.
2. To publicize the documents herein would seriously jeopardize the safety of arresting officers.

WHEREFORE, the United States respectfully prays that this Court issue an order sealing the Indictment, Arrest Warrant(s), all accompanying documents, this Motion and Order in the above-styled and numbered cause, save and except copies to automatically be delivered to the United States Marshals Service.

The United States prays that upon request, a copy shall be delivered to the United States Attorney's Office and the Federal Bureau of Investigation.

The United States requests that upon the arrest of any Defendant, the Indictment shall be UNSEALED as to only the arrested Defendant(s). The United States prays that the names of the remaining unarrested Defendant(s), if any, continue to be SEALED.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: ______________________________
JACOB R. PARKER
Assistant United States Attorney